United States District Court
District of South Carolina

RECEIVED
APR 25 2016
GREENVILLE, S.C.

Yahya Muquit;
Jahtah Al Mahdi
et al.,
　　petitioners

vs

Warden Bush et al.,
　　defendants

CA 0:16-cv-992
and 8:14-cv-3555-RBH

Affidavit of Facts
Giving Judicial
Notice; supplementing
parties in case
"992"; motion for
Recusal; Judicial
Order

To: The SC District Court et al.,
　The petitioners object to the
response in opposition to petitioner's
2of9

objections to magistrate judges report and recommendation. Judge "RBH" in case 8:14-CV-3555. You are now a defendant in case 0:16CV-992 It is so ordered.

The cause of action is that Judge RBH is conspiring under color of authority to entertain jurisdiction over this case while it is on remand and only Judge Austin as Trustee can entertain jurisdiction to file any final orders due to the default and collateral estoppel emanating from case 2013-CP-400-0084. Jurisdiction is challenged. We object.

We, I object to the Austin Report being accepted because due to the fraud they attempted via their effort to obtain

3 of 9

The fraudulent protective order their jurisdiction was divested to submit it since case 2013-CP-400-0084 was removed at the time and Trustee was appointed in the form of Judge Alison Lee limiting and restricting Judge Austin's jurisdiction. All defenses argued in the attached complaint from case 0:16-cv-992 are argued in this case. We are challenging your jurisdiction to adjudicate this case Judge RBH.

I, we, object to any claim that the Habeas Corpus is not timely. We clearly established that it

4 of 9

was. We also established equitable tolling. We also established jurisdictional claim pursuant to the Federal District Courts jurisdiction, as well as fraud upon the court and violations of the Anti-Peonage Act. All of this is not subject to statute of limitations bar.

I, we, object to any claim of frivolous pleading submitted, filed or related to Crawford or Sutcliffe. The (152) page document filed in case 0:16-cv-992 and now this case establish that those filings are not frivolous and you have

5 of 9

Fraud upon the court and criminal as well as civil conspiracy. Also there is a default, and collateral estoppel attaches making the claims true barring the SC District Court from challenging this. The preclusive effect attaches also via the Fraud the court and conspiring parties just attempted in their efforts to obtain the Richland Protective order. Further, the 11th circuit cases and District Court cases in Georgia are still pending. There is Fraud upon the court, criminal conspiracy, plain error

6 of 9

and manifest injustice within those cases making it impermissable for the District Court to use them as a basis within its determination. Conviction issues are historically non frivolous. Sanctions are imposed. It is so ordered.

Judge RBH You are now a defendant in case 0:16-cv-992 which is an independent action for the fraud which occurred in case 8:14-cv-3555. Muquit, we motion for your recusal. We motion to suspend rules for any defect in form of document.

A Judge cannot sit upon cases to which he is a defendant either directly or indirectly in this

7 of 9

instance, You are party to the conspiracy and judicial hands that attempted the stupt initiated by attorney morgan in this case establishing an independent action for fraud upon the court. Your recusal is mandated to prevent any further attempts at fraud upon the court. Trustee is officially appointed. Judge Austin now has jurisdiction over all matters in this case. Once jurisdiction is acquired, it is exclusive. I, we, object. The law requires the District court to fully address the

default which is the source of the divesting and or limiting and or restricting of the courts jurisdiction. Transfer this case to Judge Austin for disposal. It is so ordered.

Respectfully,

Yahya Muquit

*Yahya Muquit*

Jahjah Al Mahdi et al.,

April 19, 2016

9 of 9

## Certificate of Service

We, Muquit, Jahjah et al., do hereby certify, that we have mailed and served a copy of an affidavit of facts giving judicial notice; supplementing parties in case "992"; motion for recusal; judicial order, (9) pages dated April 19, 2016 on the SC District Court by U.S. mail postage prepaid April 29, 2016. It is filed that date, Haston v Lack

Respectfully,

Yahya Muquit

Yahya Muqit

Jahjah Al Mahdi

April 29, 2016

9 of 9